[No. 33112-4-I.    Division One.    May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JON F. COUNTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02522-6, Joan E. DuBuque, J., entered July 26, 1993. *Reversed* by unpublished per curiam opinion.

[No. 30516-6-I.    Division One.    May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LUTHER ALLEN ABBOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-00053-1, George T. Mattson, J., entered April 15, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31374-6-I.    Division One.    May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER WAYNE SLUYS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00434-1, Michael F. Moynihan, J., entered July 23, 1992. *Remanded* by unpublished per curiam opinion.

[No. 32524-8-I.    Division One.    May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY HICKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05672-7, Ricardo S. Martinez, J., entered March 5, 1993. *Affirmed* by unpublished per curiam opinion.